# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HENRY VANDER POEL AND SON DAIRY, et al., <br><br> Defendants. | Case No. CV 12-4550 FMO (OPx) <br><br> **JUDGMENT** |

IT IS ADJUDGED that judgment is entered in plaintiffs' favor on plaintiff's sole claim for withdrawal liability. Defendant shall pay plaintiffs the balance due on the accelerated withdrawal liability in the amount of $107,927.20; interest thereon from June 18, 2012 through the date of this judgment, see 29 U.S.C. § 1132(g); and liquidated damages in the amount of $26,981.80. See 29 U.S.C. § 1132(g)(2).

IT IS FURTHER ADJUDGED that judgment is entered in plaintiffs' favor on defendant's counterclaim. Defendant's counterclaim is hereby dismissed with prejudice.

Dated this 10th day of March, 2016.

/s/
Fernando M. Olguin
United States District Judge